JAMES P. HURLEY
Attorney at Law
411 North 2nd Street
Yakima WA 98901
(509) 248-4282

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | ) NO. 10-05626-FLK12 |
| STEVEN R. HEITSHUSEN, | ) |
| | ) FINDINGS OF FACT AND |
| | ) CONCLUSIONS OF LAW |
| Debtor(s). | ) |

THIS MATTER having come on regularly for hearing before the HONORABLE FRANK L. KURTZ, United States Bankruptcy Judge for the Eastern District of Washington, by telephone conference on October 6, 2011, the Debtor appearing in person and through his attorney of record JAMES P. HURLEY of Hurley & Lara, the Chapter 12 Trustee, FORD ELSAESSER, appearing by telephone and by written report, creditor Basin Agro Services, Inc. appearing by their attorney, BRIAN H. MILLER, creditors Sandra Lacy and James Lacy, appearing through their attorney, PAUL M. LARSON, creditor Lower Valley Credit Union appearing by their attorney, DUSTIN YEAGER. The court having considered the testimony of the Debtor, the exhibits and evidence offered in support of the Order Confirming the Debtor's Chapter 12 Plan, and the stipulations of the parties evidenced by their signatures approving these Findings of Fact, including the stipulations made on the record in this Court on July 12, 2011, resolving the claims of the creditors Lacy and Basin Agro Services, the Court now makes the following:

## FINDINGS OF FACT

1. The Plan complies with the provisions of Chapter 12 and with other applicable provisions of Title 11, U.S. Code;

FINDINGS OF FACT AND
CONCLUSIONS OF LAW -1-

HURLEY & LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509) 248-4282

10-05626-FLK12    Doc 98    Filed 10/18/11    Entered 10/18/11 13:16:39    Pg 1 of 6

2. Any fee, charge or amount required under Chapter 12 of Title 28, U.S. Code, or by the Plan, to be paid before confirmation, has been paid;

3. The Plan has been proposed in good faith and not by any means forbidden by law;

4. The value, as of the effective date of the Plan, of the property to be distributed under the Plan on account of each allowed secured claim is not less than the amount that would be paid on such claim if the estate of the Debtors were liquidated under Chapter 7, Title 11, U.S. Code, on such date;

5. The holder of each allowed secured claim has accepted the Plan, subject to the modifications set forth as follows:

(1) Lacy claim:

Lacy's allowed secured claim shall be in the amount of $5,300.00, which is the total value of all monies paid to them by Debtor or from the proceeds of Debtor's property post-petition, as well as the air compressor and the 1998 Exiss livestock trailer currently in their possession. Creditor shall release all other personal property of the Debtor in their possession and any claimed security interest in property of the Debtor and shall dismiss the pending State Court lawsuit involving the Debtor and Basin Agro, Inc.

(2) Basin Agro Services, Inc. claim:

The allowed secured claim of Basin Agro is the total amount of $82,790.95. Basin Agro shall retain all funds paid to date and shall credit their allowed secured claim in the amount of $10,664.00 in labor provided by the Debtor and $19,000.00 in exchange for the transfer of approximately 160 bales of hay, 2010 Frontier 10-wheel hay rack, the 1971 John Deere 4620 tractor and the 1998 Freightliner road tractor. In addition, the creditor shall receive $14,942.07 in payment

FINDINGS OF FACT AND
CONCLUSIONS OF LAW                -2-

HURLEY &LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

10-05626-FLK12    Doc 98    Filed 10/18/11    Entered 10/18/11 13:16:39    Pg 2 of 6

from funds presently held by the Chapter 12 Trustee. This reduces the balance of the Basin Agro Services claim to $37,000.00, which shall bear interest at the rate of 7% per annum from August 1, 2011. The Debtor shall pay $12,000.00 on or before December 1, 2011. The remaining principal balance of $25,000.00, together with accrued interest shall be amortized over three years and shall be paid in three (3) equal annual installments, with the first such payment due on or before December 1, 2012, and subsequent payments due on or before December 1, 2013 and December 1, 2014. In the alternative, the Debtor may pay the sum of $15,000.00 on or before December 1, 2012 in full satisfaction of the balance of this allowed secured claim, provided all other terms regarding the treatment of this claim have been met. Basin Agro shall be granted a first and paramount security interest in the Debtor's cattle herd currently located on the Largent Ranch in Wyoming, consisting of approximately 20 cows, 6 yearling bulls, 15 calves born in 2011, 12 yearling heifers and 2 herd bulls. The Debtor shall have the right to sell cattle from time to time during the term of the Plan, subject to the obligation to apply the net proceeds to the Basin Agro claim.

(3) Evergreen Implement claim:

The claim of Evergreen Implement has been paid in full by the return of property to it in which it held a security interest as described in the Chapter 12 Plan.

(4) Lower Valley Credit Union claim:

The Allowed Secured claim of Lower Valley Credit Union is the total amount of $7,642.62 as shown in Lower Valley Credit Union's proof of claim. The Debtor is currently delinquent in the amount of $1,775.24 in its payments to Lower Valley Credit Union. Said arrearage and Debtor's October 15, 2011, payment in the amount of $443.81 will be paid on or before November 1, 2011, or in the alternative, the truck that secures Lower Valley Credit Union's claim will be surrendered to Lower

FINDINGS OF FACT AND
CONCLUSIONS OF LAW                     -3-

HURLEY &LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

Valley Credit Union on for before November 1, 2011, in satisfaction of its claim. In the event that Debtor's payments to Lower Valley Credit Union are brought current, Lower Valley Credit Union will continue to receive monthly payments on or before the 15th day of each month thereafter in the amount of $431.81 until this claim is paid in full. All payments on this claim will be made through the Chapter 12 Trustee. Debtor's Plan does not otherwise alter any term of the existing security agreement and loan documents between Debtor and Lower Valley Credit Union, including, but not limited to, the interest rate to be paid under said loan documents.

    (5) <u>Unsecured creditors' claims</u>:

No unsecured claims have been filed in this case.

    (6) <u>Trustee Fees</u>:

The Trustee is entitled to fees. Specifically the Trustee is entitled to a fee of $1,184.89 for monies constructively paid by the Debtor to Basin Agro as a result of custom work performed by the Debtor for creditor, Basin Agro. Fees through January in the amount of $246.56 for constructive receipts for payments made directly by the Debtor to Lower Valley Credit Union and payments computed at .1111111111 for all payments made after confirmation of the plan. In addition, the Trustee is entitled to fees for all payments made to Basin Agro under the terms of this Plan not previously set forth. All fees accruing and not paid as a result of constructive receipts shall be paid in three (3) equal, annual, installments commencing on December 1, 2011 and continuing on December 1, 2012, and December 1, 2013.

6. The Debtor's operating budget relating to his continued cattle operation demonstrates the feasibility of the Plan.

7. The Court having entered its Findings of Fact, now enters the following:

FINDINGS OF FACT AND
CONCLUSIONS OF LAW     -4-

HURLEY &LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

## CONCLUSIONS OF LAW

1. The Plan complies with the provisions of Chapter 12 and with other applicable provision of Title 11, U.S. Code; and

2. The Court should confirm Debtor's Chapter 12 Plan as modified in the foregoing Findings of Fact regarding the stipulations and clarifications of the parties, including the stipulations reached and recorded in the Court's record on July 12, 2011.

Presented by:

s/ James P. Hurley
JAMES P. HURLEY   WSBA #6615
Attorney for Debtor

Agreed to and Approved for Entry:

FORD ELSAESSER
Chapter 12 Trustee

Agreed to and Approved for Entry:

approved telephonically
PAUL LARSON   WSBA #6010
Attorney for Sandra Lacy and
James Lacy

Agreed to and Approved for Entry:

approved telephonically
BRIAN MILLER   WSBA #6405
Attorney for Agro Service, Inc.

FINDINGS OF FACT AND
CONCLUSIONS OF LAW                -5-

HURLEY &LARA
Attorneys at Law
411 North 2nd Street
Yakima, WA 98901
(509)248-4282

Agreed to and Approved for Entry:

_____
DUSTIN YEAGER  WSBA #36677
Attorney for Lower Valley Credit Union

FINDINGS OF FACT AND
CONCLUSIONS OF LAW                    -6-

_____
Frank L. Kurtz
Bankruptcy Judge

10/18/2011 08:23:53

411 North 2nd Street
Yakima, WA 98901
(509)248-4282